**Dated: July 22, 2014,  10:10 AM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

**REX HUDSON KERR JR**

Case No. 09-16970-NLJ
Chapter 13

Debtor.

ORDER ON OBJECTION TO CLAIM
(COURT CLAIM NUMBER 11)

This matter comes on for consideration by this Court upon the Objection to the Claim of YAMAHA RETAIL SERVICES filed by the Chapter 13 Trustee ("Trustee").  Upon representation of the Trustee, on June 5, 2014, the Objection to Claim was filed and served on all parties in interest pursuant to Local Rule 9007-1.  Upon further representation of the Trustee, the last date for the filing of a response was June 19, 2014, which passed with no response thereto being filed and  served.  Therefore, the granting of the requested relief is appropriate.

IT IS THEREFORE ORDERED that the Claim of YAMAHA RETAIL SERVICES in the amount of is $6,822.00 disallowed as a secured claim and allowed only as an unsecured claim.

###

APPROVED FOR ENTRY:

s/John Hardeman
John Hardeman
Chapter 13 Trustee
321 Dean A. McGee Avenue
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
Tel: (405) 236-4843
Fax: (405) 236-1004

sm